# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

CHRISTOPHER DEATON, ADC #143472                                                    PLAINTIFF

v.                                       No. 2:12CV00186 JLH-JTK

ARKANSAS DEPARTMENT OF
CORRECTION, *et al*.                                                                DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto,[1] as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's complaint against defendants is DISMISSED with prejudice for failure to state a claim upon which relief may be granted.

IT IS FURTHER ORDERED that this dismissal constitutes a "strike" within the meaning of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order and Judgment dismissing this action is not in good faith.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 10th day of December, 2012.

                                                       J. LEON HOLMES
                                                       UNITED STATES DISTRICT JUDGE

---

[1] The Court has considered Deaton's motion for TRO and preliminary injunction and memorandum of law (Documents #10, #11, and #13) as stating Deaton's objections to the proposed findings and recommendations.