**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER DEATON, ADC #143472 | | PLAINTIFF |
| v. | 2:12-cv-00186-JLH-JTK | |
| ARKANSAS DEPARTMENT OF CORRECTION, et al. | | DEFENDANTS |

**ORDER**

The Court finds service appropriate for Defendant Janice Gray. The Clerk of the Court shall prepare summons for the Defendant and the United States Marshal shall serve a copy of the Complaint (Doc. No. 2) and summons on Defendant Gray in care of the Arkansas Board of Correction and Community Punishment Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612-0550, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 24th day of January, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE