# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

CHRISTOPHER DEATON,                                                                                    PLAINTIFF
ADC #143472

v.                              No. 2:12CV00186 JLH-JTK

JANICE GRAY, Law Library Supervisor,
East Arkansas Regional Unit,
Arkansas Department of Correction                                                                      DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, Janice Gray's motion for summary judgment is GRANTED. Document #68. Christopher Deaton's complaint is hereby dismissed with prejudice.

IT IS SO ORDERED this 21st day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE