## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER DEATON,<br>ADC #143472 | PLAINTIFF |
| v.  No. 2:12CV00186 JLH-JTK | |
| JANICE GRAY, Law Library Supervisor,<br>East Arkansas Regional Unit,<br>Arkansas Department of Correction | DEFENDANT |

## AMENDED JUDGMENT

Pursuant to the Amended Order entered separately today, Janice Gray's motion for summary judgment is GRANTED.  Document #68.  Christopher Deaton's complaint is hereby dismissed with prejudice.

IT IS SO ORDERED this 11st day of March, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE